UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| Jacki Dent<br><br>    Plaintiff,<br><br>v.<br><br>Receivables Performance Management, LLC<br><br>    Defendant. | Case No. 3:14-cv-00973-SMY-DGW<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.


                            RESPECTFULLY SUBMITTED,

                            Hyslip & Taylor, LLC, LPA

                            By:   s/ Jeffrey S. Hyslip____
                                Jeffrey S. Hyslip
                                Attorney for Plaintiff
                                1100 W. Cermak Rd., Suite B410
                                Chicago, IL  60608
                                312-380-6110
                                jeffrey@lifetimedebtsolutions.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Mark T. Case
Director of Compliance and General Counsel
Receivables Performance Management, LLC
20816 44th Avenue West
Lynnwood, WA 98036

s/ Jeffrey S. Hyslip