# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

| | |
|---|---|
| Jacki Dent | |
| Plaintiff, | Case No. 3:14-cv-00973-SMY-DGW |
| v. | |
| Receivables Performance Management, LLC | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:   /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    1100 W. Cermak Rd., Suite B410
    Chicago, IL  60608
    312-380-6110
    Jeffrey@lifetimedebtsolutions.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Mark T. Case
Director of Compliance and General Counsel
Receivables Performance Management, LLC
20816 44th Avenue West
Lynnwood, WA  98036

/s/ Jeffrey Hyslip